IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FILED
APR 21 2009

KAREN A. LENT,

        Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

Civil No. CV-07-1059-AC

ORDER

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7,000.00 and no expenses, shall be awarded payable to Plaintiff's attorney pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and that no costs shall be awarded pursuant to 28 U.S.C. § 1920.

DATED this 21st day of April, 2009.

                                              UNITED STATES ~~DISTRICT~~ JUDGE
                                              Magistrate

Presented by:

/s/ Phyllis Burke
PHYLLIS BURKE, OSB #814597
(503) 460-3200
Attorney for Plaintiff Lent

ORDER